IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-60844
_____

REGINALD DWIGHT PARR

Petitioner

v.

US DEPARTMENT OF AGRICULTURE;
UNITED STATES OF AMERICA

Respondents

_____

Petition for Review of an Order of the of the
U.S. Department of Agriculture
(99-0022)
_____

September 5, 2001

Before KING, Chief Judge, and JOLLY and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

Substantial evidence in the record supports the decision of
the Secretary of Agriculture that petitioner Reginald Dwight Parr
wilfully violated the Animal Welfare Act, as amended, 7 U.S.C. §§
2131-2159, and the regulations and standards issued thereunder,
9 C.F.R. §§ 1.1-3.142, eight times between April 9, 1997 and
November 18, 1998.  Further, we agree with the Secretary that

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

such regulations and standards gave Parr sufficient notice for him to comply with the requirements of the Act.  Accordingly, we DENY Parr's petition for review and AFFIRM the decision of the Secretary.